IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00690-BNB

KERMIT LEWIS,

    Plaintiff,

v.

JOHN DOE, Denver Police, and
JOHN DOE, Denver Police,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 16 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff Kermit Lewis is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Limon, Colorado, Correctional Facility. He initiated this action by filing a *pro se* Prisoner Complaint, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343, alleging that Defendants violated his rights under the United States Constitution. He seeks money damages. The Court must construe the Complaint liberally because Mr. Lewis is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

Mr. Lewis has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Subsection (e)(2)(B) of § 1915 requires a court to dismiss *sua sponte* an action at any time if the action is frivolous, malicious, or seeks monetary relief

against a defendant who is immune from such relief. A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or asserts facts that do not support an arguable claim. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). For the reasons stated below, the Complaint will be dismissed pursuant to § 1915(e)(2)(B)(i) as legally frivolous.

Mr. Lewis complains that in 1992 Denver Police Officers violated his Eighth and Fourteenth Amendment rights when during a routine traffic stop they (1) misidentified him as Michael Lewis; (2) searched his car and found cocaine; (3) arrested him; and (4) upon handcuffing him proceeded to kick and hit him and strike him in the stomach several times with a night stick. Plaintiff also requests that the Court reopen the 1992 case and allow him to proceed with the claims he asserted in that case.

The Court has reviewed the Court's Docket and has found that the only other case Mr. Lewis has filed in this Court is a 42 U.S.C. § 1983 complaint, *Lewis v. Denver Police Dep't, et al.*, No. 94-cv-02576-RPM, filed on November 14, 1994. In the 1994 complaint, Mr. Lewis asserts that during a routine police stop on November 14, 1992, he was (1) misidentified as Michael Lewis; (2) found to have cocaine in his car; (3) placed under arrest; and (4) pushed into the pavement while officers continued to strike him with batons or flashlights in the groin area and other parts of his body. *Lewis*, No. 94-cv-02576-RPM, Doc. No. 2 at p. 2-3.

Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam).

The Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. *See Duhart v. Carlson*, 469 F.2d 471 (10th Cir. 1972). The Court has examined the Court Docket and is satisfied that Mr. Lewis's claims are repetitive of the claims he asserted in Case No. 94-cv-02576-RPM, which was dismissed with prejudice on January 23, 1996.

The Court also finds that, even if the claims were not repetitive, it is clear that the claims Mr. Lewis asserts in this case are barred by the statute of limitations. The Court, nonetheless, will dismiss the action as legally frivolous. Accordingly, it is

ORDERED that the Complaint and the action are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as legally frivolous.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00690-BNB

Kermit Lewis
Reg. No. 66386
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/16/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk